IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974<br>Case No. 1:20-md-02974-LMM<br><br>This Document Relates To:<br>Dorothy Woodfork v. Teva Pharmaceuticals USA, Inc., et al., Case No. 1:23-cv-05299-LMM |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS CASES BARRED BY CERTAIN STATUTES OF LIMITATIONS AND REPOSE

Plaintiffs attached a spreadsheet to their omnibus Response in Opposition to Defendants' Motion to Dismiss Cases Barred by Certain Statutes of Limitations and Repose, ECF No. 729-1 in Case No. 1:20-md-02974-LMM. In this spreadsheet Plaintiffs included a column where they noted that there was a "choice-of-law conflict" in some cases. With one exception, these Plaintiffs did not file individual Responses providing legal authority for the belief that multiple states appearing on their Short Form Complaints demonstrates a reasonable dispute as to the applicable law in their cases.[1]

For cases like this one, directly filed in the MDL, the Court applies "the choice-of-law analysis for the state where the District Court and Division identified

---

[1] Plaintiff Courtney Anderson filed an individual response referencing her choice-of-law dispute, but this individual response provided no legal authority for her position. *See* Pl. Anderson's Resp., ECF No. 14 in Case No. 1:21-cv-03658.

1

in Question 7 of the Short Form Complaint is located[.]" *See* Defs.' Mot., ECF No. 709 at 4 (citing Case Management Order, Case No. 1:20-md-02974-LMM, ECF No. 675). The Court's Order included that, "No Party may file a motion that requires the Court to resolve the issue of what law applies to a particular case until after the completion of the initial Bellwether trials, except in cases where the applicable law is not reasonably in dispute." ECF No. 675 at 2.

Plaintiff Woodfork answered Question 7 by specifying North Carolina as the district court and division where personal jurisdiction and venue would be proper. Short Form Complaint, Case No. 1:23-cv-05299-LMM, ECF No. 1 (Nov. 17, 2023) at 2. North Carolina considers statutes of repose substantive and applies *lex loci delicti*. Defs.' Mot. at 22. Plaintiff Woodfork alleges her Paragard was removed and broke in North Carolina. *See* Short Form Complaint at 3. North Carolina law applies as to the statute of repose.

There is no dispute as to the applicable law to decide statute of repose in this case. If Plaintiff Woodfork disagrees, it was incumbent upon her to demonstrate that her disagreement is reasonable, and she has offered nothing to establish why there is a reasonable dispute in her case.

Respectfully submitted,

This 16th day of December, 2024

| | |
|---|---|
| */s/ Christopher D. Morris* | */s/ Pamela L. Ferrell* |
| Christopher D. Morris | Pamela L. Ferrell |
| Butler Snow LLP | Butler Snow LLP |
| Mississippi Bar No. 102981 | Georgia Bar No. 596713 |
| Renaissance at Colony Park | 170 Peachtree Street NE |
| Suite 1400 | Suite 1900 |
| 1020 Highland Colony Parkway | Atlanta, GA 30309 |
| Ridgeland, MS 39158 | Telephone: (678) 515-5011 |
| Telephone: (601) 985-4437 | pamela.ferrell@butlersnow.com |
| chris.morris@butlersnow.com | |
| | ***Co-Lead Counsel for the Teva Defendants*** |
| ***Co-Lead Counsel for the Teva Defendants*** | |

*/s/ Caroline D. Walker*
Caroline D. Walker
Butler Snow LLP
Alabama Bar No. ASB-3439-B10T
One Federal Plaza
Suite 100
1819 Fifth Avenue N.
Birmingham, AL 35203-2118
Telephone: (205) 297-2200
caroline.walker@butlersnow.com

***Co-Lead Counsel for the Cooper Defendants***

*/s/ Kasey M. Adams*
Kasey M. Adams
Butler Snow LLP
Mississippi Bar No. 105025
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4413
kasey.adams@butlersnow.com

***Co-Lead Counsel for the Cooper Defendants***

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com  nga@gtlaw.com

***Co-Liaison Counsel for Defendants***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 16th day of December, 2024.

*/s/ Christopher D. Morris*
Christopher D. Morris
Mississippi Bar No. 102981

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 16th day of December, 2024.

*/s/ Christopher D. Morris*
Christopher D. Morris
Mississippi Bar No. 102981
