**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
  DOROTHY WOODFORK

                                   MDL DOCKET NO. 2974

                                   1:20-md-2974

                    Plaintiff,      CIVIL ACTION FILE

vs.                                 NO. 1:23-cv-05299

TEVA PHARMACEAUTICALS USA, INC., et
al,

                    Defendants.

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 15th day of July, 2026.

                                   KEVIN P. WEIMER
                                   CLERK OF COURT

                          By:   s/C. Pollard
                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
        Deputy Clerk